UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE JAIME,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN BERNARDINO; and Does 1-10,<br><br>    Defendants, | Case: 5:15-CV-00752-DSF-DTB<br><br>**ORDER** |

**ORDER**

   This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 914-15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT COURT JUDGE

1